Attachment A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

CHRISTOPHER WELLS # 22133-021 )
F C I  Hazelton )
P.O box 5000 )
Bruceton mills West VA 26525 , )

(Full name under which you were convicted, )
prison number, place of confinement, and )
full mailing address) )

)

Petitioner, )

vs. )

Heather RAY. )
L1 unit team FCI Hazelton , )
(Name of Warden or other authorized person )
where you are incarcerated) )

)

Respondent. )

────────────────────────────── )

JAN 1 0 2025

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

**Petition for Habeas Corpus**
**Pursuant to 28 U.S.C. § 2241**

Civil Action No. 3:25-cv-4
(to be assigned by Clerk)

Groh, Trumble, Sims

## Important notes to read before completing this form:

✮    Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

1.    This petition concerns (check the appropriate box):

☐    a conviction
☐    a sentence
☑    jail or prison conditions
☐    prison disciplinary proceedings
☐    a parole problem
☐    other, state briefly: _____

_____

**Attachment A**

_____
_____
_____
_____

2.   Are you represented by counsel?       ☐ Yes        ☑ No

If you answered yes, list your counsel's name and address: _____

_____

_____

3.   List the name and location of the court which imposed your sentence:

Southern DISTRICT OF Georgia   Waycross   DIVISION

_____

_____

4.   List the case number, if known:  5;17 cr 012

5.   List the nature of the offense for which the sentence was imposed:

Count 1. consparicy to possession of 50 grams of methamphetamine

count 2  possession of a Firearm

_____

6.   List the date each sentence was imposed and the terms of the sentence:

Count 1 + 2   210 month month s Imprison ment concurently

_____

_____

7.   What was your plea to each count? (Check one)

☑   Guilty
☐   Not Guilty
☐   Nolo Contendere

Attachment A

8.   If you were found guilty after a plea of not guilty, how was that finding made?

    ☐  A jury
    ☐  A Judge without a jury
    ☐  A Magistrate Judge without a jury

9.   Did you appeal from the judgment of conviction or imposition of the sentence?

        Yes      ☑  No

10.  If you did appeal, give the following information for each appeal:

    A.   Name of Court: _____
    B.   Result: _____
    C.   Date of Result: _____
    D.   Grounds raised (List each one): _____
                            _____
                              _____
                              _____
                              _____

    Note: if you filed an appeal in more than one court, attach an additional
    sheet of paper of the same size and give all of the information requested in
    Question 10, A through D.

11.  Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

      ☐  Yes      ☑  No

If your answer was yes, complete the following sections:

    A.   First post-conviction proceeding:
        1.   Name of Court: _____

Attachment A

    2.    Nature of Proceeding: _____

    3.    Grounds Raised: _____

    4.    Did you receive an evidentiary hearing ?  ☐ Yes    ☐ No

    5.    Result: _____

    6.    Date of Result: _____

B.    Second post-conviction proceeding:

    1.    Name of Court: _____

    2.    Nature of Proceeding: _____

    3.    Grounds Raised: _____

    4.    Did you receive an evidentiary hearing ? ☐ Yes    ☐ No

    5.    Result: _____

    6.    Date of Result: _____

C.    Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?

    1.    First proceeding:    ☐ Yes  ☐ No  Result: _____

    2.    Second proceeding: ☐ Yes  ☐ No  Result: _____

D.    If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: _____

    _____

    _____

12.    For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

    A.    U.S. Parole Commission unlawfully revoked my parole.

    B.    Federal Bureau of Prisons unlawfully computed my sentence.

Attachment A

C.   Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.

D.   Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.

E.   There is an unlawful detainer lodged against me.

F.   I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.

G.   The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A.   Ground one:

Through diligence the petitioner has discovered that his sentence of 210 months was the direct result of a miscarriage of Justice and he is suffering collateral consequences of being found ineligible for FSA and Second Chance applications by Federal Bureau of prisons FCI Hazelton Case manager L1 unit.

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).

On August 10th 2020. Mr Wells was sentence to 210 months imprisonment for count one conspiracy to possession with intent to distribute Methamphetamine in violation of 21 USC 846 50 grams or more. and 120 months imprisonment. on Count 45. possession of a firearm by a convicted Felon in violation of 18 USC 922 g 1, all to Run concurrently    See Next page 10(a)-(b)

B.   Ground two:

Based upon the discovery that the United States PRObation officer and Attorney For The Government Worked together to circumvent the application of Section 21 U.S.C. 851 Enhancement process by an agreement that it would be reflected during The Plea Process. That the Government would withdraw the 851 Enhancement and that none of the information would be mentioned. made clear to the court during the Exceptence of Plea. hearing January 17 2020. revealed that the Government with the aid of the Probation officer (ms Kirkland) prior to the Exceptance of Plea hearing The government gave notice that it would introduce Other Act Evidence and To impeach with criminal acts. And convictions That May Fall outside The 10 Year time Period, pursuant To 609 + 404 B. OF The Federal Rules of Evidence) October 10th 2017 DKT 189.

During The Exceptance of Plea hearing The U.S Probation officer was present. Which is not a normal sight and lor act and even more ms Jennifer Kirkland spoke on the record in Response to the Petitioners concerns regarding an application of an 851 career offender enhancement/statues See Plea hearing Transcripts. by Debbie Gilbert. Page 18.

There after the Probation officer Scored the Petitioner at 17 criminal history points with the use of his prior convictions in colaberation with the government Notice of October 10th 2017. Dkt 189. which had been ONLY submitted For Empeachment Purpose. Prior to the Exceptance of Plea hearing. January 2020 The Petitioner was Subjected to a guideline Range of 235 to 293. months do to the application of his prior conviction Where two were outside of The 10 year time period and The others were not relevent to Serious drug offense or Violent Felonies. As a direct result of the above The F.B.O.P has adopted the criminal history calculation and the Petitioner has been Subjected to a denial of First Step Act credits. increased In his custody Level housing due to his Risk assesment being elevated beyond what is Required. due to the Information In the PSI. wich Clearly Served two purpose (1) to have the Petitioner guideline range elevated without the Use of The 851 enhancement) (2) to effect the F.B.O.P assement of the Petitioner criminal history by elevating it to Negitively effect his eligibilty in the application of certian time credits. See Exhibit's

Attachment A

Three of the petitioners prior conviction are no longer the same criminal offenses under the Offical code of Georgia Laws. The state of Georgia changed its laws and the calculated criminal history points should No Longer Count toward his criminal history score there by reducing his guideline Range

Supporting facts:

The pitioner was charged In 2005 with Entering automobile in violation of STATE of Georgia code 16-8-18. and in the year 2006 pititioner was charged in violation of the same offesens. In the same State and 2012 pititoner was charged with entering auto In violation of The same offense above In the same state ..
See Next pg. 11 (a)  Also See Exhibit S

C.    Ground three:

I have wrote the ware county Superior court and Flied The proper papper to Restrict the Records. In motion provided. The STATE of Georgia ware county superior court has Not Responded or aided me In Restricting The Record.

Supporting facts:

I have Sent in motions by Legal Mail from the FCI hazel ton to ware county superior court The prior cases In the Superior court OCGA 16.8.18 Laws were Changed. In I have asked several times to Remove The prior criminal Records. By Mail. see Attached Exhibits Q, R, S

D.    Ground four:

_____
_____
_____
_____
_____

In 2020 The Petitioner was convicted in federal District court Southern District of Georgia, and The three offenses were used in calculating his criminal history score Sometime there after the Petitioner discovered that the offenses were changed In the Statute. From also changed to reflect an elevated offense. making Entering Auto a NON-offense under Georgia Criminal codes. The way the Petitoner was charged with the offense. on his prior's. The Petitioner Criminal history score should be recalculated to reflect the correct application of the sentence Guideline

## RELIEF SOUGHT

The Petitioner ask that the court Find that the application of his prior conviction was in error which cause him To Suffer collateral consequences. effecting the conditions of his confinement as Shown in Ground one The Petitioner ask That the court Find that 3 of the Prior offense are No Longer criminal offenses under GA Criminal code as Name and that the Pititiner's Criminal history score Should be Pecalculated to reflect the correct Score. and any other Relief The court deems Fit

Attachment A

Supporting facts:

_____
_____
_____
_____
_____
_____

13.    Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:

_____
_____
_____
_____
_____

14.    If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

A.    Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

☑ Yes      ☐ No

1.    If your answer to "A" above was yes, what was the result:

The FBop Administrators denied my
all FSA credit and good time days
_____
_____
_____

Attachment A

2.    If your answer to "A" above was no, explain:

_____
_____
_____

B.    If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☐    Yes        ☐    No

1.    If your answer to "B" above was yes, what was the result:

_____
_____
_____

2.    If your answer to "B" above was no, explain:

_____
_____
_____

15.    Relief: State here, as briefly as possible, exactly what you want the court to do for you:

1.    Make **no** legal arguments.
2.    Cite **no** cases or statutes.

See previous page 11 (a)
_____
_____
_____
_____
_____
_____
_____

Attachment A

16.    If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

_____

_____

_____

_____

_____

_____

Signed this ___2 1___ day of ___December___, __2024__.
        (day)              (month)        (year)

_____
Your Signature

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: _December 21 2024_     _____
                                   Your Signature

Attachment D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Christopher Wells #22133-021

_____
*Your full name*

v.

Warden. Heather Ray.
L.T. Unit team counselor. Ervin

1640 Sky View Lane

Brereton Mills West VA. 26525

_____
*Enter above the full name of respondent in this action*

Civil Action No.: 3:25-cv-4

## Certificate of Service

I, Christopher Wells (your name here), appearing *pro se*, hereby certify that

I have served the foregoing 2241 (title of document

being sent) upon the respondent by depositing true copies of the same in the United States

mail, postage prepaid, upon the following counsel of record for the respondent on

1, 3, 2024 (insert date here):

(List name and address of counsel for respondent)

_____
(sign your name)