IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**CHRISTOPHER WELLS,**

    Petitioner,

v.                                                                 **CIVIL ACTION NO.: 3:25-CV-4 (GROH)**

**HEATHER RAY,**

    Respondent.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On January 10, 2025, the *pro se* Petitioner filed a petition for habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. The Respondent subsequently filed a Motion to Dismiss, or in the Alternative, Motion for Summary Judgment ("the motion to dismiss"), along with a memorandum and exhibits in support. ECF No. 13. The Court issued an Order and <u>Roseboro</u> Notice on March 27, 2025, which notified the Petitioner of his obligation to respond to the motion to dismiss and directed him to file a response within 21 days, or not later than April 17, 2025. ECF No. 15. The Petitioner accepted service for the Order and <u>Roseboro</u> Notice on March 31, 2025. ECF No. 16.

On April 21, 2025, the Petitioner filed a motion requesting an extension of time to respond to the motion to dismiss. <u>See generally</u> ECF No. 17. The Court issued an Order on April 22, 2025, that granted in part the Petitioner's motion and directed him to respond to the motion to dismiss within 30 days or not later than May 17, 2025. ECF No. 18. The Petitioner accepted service of that Order on April 29, 2025. ECF No. 19.

More than 60 days have elapsed since the Petitioner accepted service of the Court's April 22 Order. However, a review of the docket shows the Petitioner has failed to respond to the motion to dismiss as directed. Further, the Court notes that even had the Petitioner responded, the case should be dismissed for the reasons more fully stated in the motion to dismiss.

For all those reasons, the motion to dismiss [ECF No. 13] is **GRANTED**, and this action is hereby **DISMISSED WITHOUT PREJUDICE** and retired from the docket of this Court.

The Clerk of Court is **DIRECTED** to transmit a copy of this Order to the Petitioner by certified mail, return receipt requested, at his last known address.

**DATED**: July 31, 2025

GINA M. GROH
UNITED STATES DISTRICT JUDGE